## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                          CASE NO.  3:94cr3122LAC

ANTHONY CURTIS

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on   January 27, 2006
Motion/Pleadings:  NOTICE OF MOTION
Filed by DEFENDANT PRO SE     on 1/17/06     Doc.# 165
RESPONSES:

                                                     on              Doc.#
                                                     on              Doc.#

\_\_\_\_ Stipulated  \_\_\_\_ Joint Pldg.
\_\_\_\_ Unopposed  \_\_\_\_ Consented

                                             WILLIAM M. McCOOL, CLERK OF COURT

                                             *s/Mary Maloy*
LC (1 OR 2)                                  Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 30th day of January, 2006, that:*

*(a) The relief requested is **NOTED**.*

*(b) _____*

                                                     *s/L.A. Collier*
                                                     ***LACEY A. COLLIER***
                                         ***Senior United States District Judge***

```
Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

                    Document No.
```