**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

VS                                                                                          CASE NO.  3:94cr3122 LAC

ANTHONY CURTIS

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on      MARCH 25, 2008
Motion/Pleadings:  MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2) and MEMO IN SUPPORT
Filed by  DEFENDANT PRO SE          on 3/21/08 & 3/26/08   Doc.# 167 & 168

RESPONSES:

_____ Stipulated       _____ Joint Pldg.
_____ Unopposed        _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy
LC (1 OR 2)                                          Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 11th day of April, 2008, that:*

*(a) The relief requested is **DENIED.***

*(b) At sentencing, the defendant was held accountable for 6 kilograms of cocaine base which resulted in a base offense level of 38.  Pursuant to Amendment 706 to the Sentencing Guidelines, the Drug Quantity Table at §2D1.1 assigns a base offense level of 38 for 4.5 kilograms or more of cocaine base.  Since the defendant's base offense level is unchanged, he is ineligible for a reduction in his sentence of imprisonment pursuant to Amendment 706.*

s/L.A. Collier
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.